IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAHIDULLAH QUDRETULLAH NOOR,<br><br>    Plaintiff,<br><br>    v.<br><br>L. PIGNIOLO, et al.,<br><br>    Defendants. | No. 2:19-CV-0180-KJM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On October 4, 2019, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 4, 2019, are adopted in full;

2. Defendant D. Adams is dismissed;

3. The action shall proceed on plaintiff's first amended complaint as against defendant L. Pigniolo on plaintiff's First Amendment claim only; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: November 13, 2019.

_____
UNITED STATES DISTRICT JUDGE